ANDREW E. PARIS (SBN 162562)
ALEXANDER AKERMAN (SBN 280308)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail:
Drew.Paris@Alston.com
Alexander.Akerman@Alston.com

Attorneys for Defendant
ADOREME, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY LIRA, an individual and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ADORME, INC., a Delaware corporation; and DOES 1-10, inclusive, <br><br> Defendant. | Case No.: 8:16-CV-1858-JVS-JG <br><br> Assigned to Honorable James V. Selna <br><br> **DECLARATION OF BOGDAN LUCACIU** <br><br> Date: January 30, 2016 <br> Time: 1:30 p.m. <br> Crtrm:10C <br><br> Filing Date: October 11, 2016 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DECLARATION OF BOGDAN LUCACIU

I, Bogdan Lucaciu, declare as follows

1. I have been a consultant to AdoreMe, Inc. for over five (5) years and I currently hold the position of Chief Technical Officer of AdoreMe, Inc. I have overall responsibility for the company's website, electronic mail, and other technical infrastructure. I have personal knowledge of the facts stated in this declaration except for any facts stated on information and belief, and I can testify competently to them if called upon to do so.

2. AdoreMe provides online retail services to customers in the United States, Canada, and Australia. To obtain these services, a potential AdoreMe customer must create an account either through the AdoreMe Desktop (main) website, which the customer can access using her desktop or laptop computer, or AdoreMe's Mobile website version, which is accessed through a mobile device such as a mobile phone or tablet. As I describe below, there are slight differences in the website browsing experiences depending on whether the customer accesses the Desktop or Mobile version. (Additionally, a user may establish an account and purchase products using the AdoreMe Mobile Application ("Mobile App") which the user downloads to her mobile device. As the Plaintiff does not appear to have used the Mobile App, I focus on the Desktop and Mobile websites herein.) After a customer creates an account, the customer is able to purchase products from AdoreMe, either through the AdoreMe Desktop or Mobile website on a "pay as you go" basis or by becoming a "VIP Member." The VIP Membership provides certain benefits to the customer, including substantial discounts on merchandise.

3. The relationship between AdoreMe and each customer is governed by AdoreMe's Terms & Conditions of Use (or "Terms of Use"), which are available on AdoreMe's website, https://www.adoreme.com/terms-conditions. The Terms of Use set forth the parties' rights and obligations and explain the terms and conditions of

1   purchasing AdoreMe's products and services.

2           4.   Based on AdoreMe's electronic business records, Plaintiff Kathy Lira

3   first created an account through AdoreMe's Desktop website on May 11, 2016. (All

4   dates below refer to the year 2016, unless otherwise stated.) To create the account,

5   Ms. Lira necessarily navigated to the Sign-Up page on the website. On May 11,

6   AdoreMe's Sign-Up Page prominently displayed an underlined hyperlink to

7   AdoreMe's Terms & Conditions beneath entry fields for Ms. Lira's email and

8   password, in the same shaded graphic box. Clicking on the Terms & Conditions

9   hyperlink took the customer directly to the Terms & Conditions. A true and correct

10  copy of the AdoreMe Desktop Sign-Up Page as it existed on May 11 is attached as

11  Exhibit A.

12          5.   After creating her account on May 11, Ms. Lira shopped online and

13  selected one item which she placed in her online bag. To continue towards purchase,

14  Ms. Lira needed to click on the shopping bag icon at the top of the website. Clicking

15  on the shopping bag icon took Ms. Lira to the desktop Shopping Bag page where she

16  was able to choose to make her purchase on a "pay as you go" basis or by becoming a

17  "VIP Member." Ms. Lira elected to purchase the product by joining AdoreMe's VIP

18  Membership program. To check out and purchase the product, she was directed to the

19  AdoreMe Checkout Webpage and then directed to enter her shipping and billing

20  information. AdoreMe's Checkout Webpage prominently displays a textual notice

21  immediately under the "PLACE ORDER" button that states: "By purchasing, you

22  agree with the Adore Me Terms & Conditions." The hyperlink to AdoreMe's Terms

23  & Conditions is highlighted in red text. Clicking on the hyperlink takes the customer

24  directly to the Terms & Conditions. To place her order, Ms. Lira clicked on the

25  "PLACE ORDER" button above the notice regarding her agreement to the AdoreMe

26  Terms & Conditions. A true and correct copy of the AdoreMe Desktop Checkout

27  Webpage as it existed on May 11, 2016 is attached as Exhibit B.

28          6.   On June 6, 2016, Ms. Lira accessed AdoreMe's Mobile website. She

DECLARATION OF BOGDAN LUCACIU

1  selected one item and placed it in her shopping bag. Ms. Lira could only purchase this
2  product by advancing to the AdoreMe Mobile Shopping Bag Page. AdoreMe's
3  Shopping Bag Page prominently displays a text notice immediately above the
4  "Continue to Checkout" button that states "By purchasing, you agree with the Adore
5  Me Terms & Conditions," with a hyperlink to AdoreMe's Terms & Conditions
6  highlighted in bold and underlined. Clicking on the hyperlink would take Ms. Lira
7  directly to the Terms & Conditions. Ms. Lira could only purchase her product by
8  clicking the "Continue to Checkout" button. A true and correct copy of the AdoreMe
9  Shopping Bag Page as it existed for VIP Members like Ms. Lira on June 6, 2016 is
10  attached as Exhibit C.

11  　　　　7. A true and correct copy of the AdoreMe Terms of Use operative
12  through September 7, 2016 is attached as Exhibit D ("Original Terms of Use"). As
13  specified in the Terms of Use, AdoreMe reserves the right to update its Terms of Use
14  from time to time. (Ex. D, ¶ 2.) AdoreMe updated its Terms of Use and posted them
15  to its website, effective September 8, 2016. I am informed and believe this is before
16  the filing of Ms. Lira's lawsuit on October 7, 2016. A true and correct copy of the
17  September 8, 2016 Updated Terms & Conditions (or "Updated Terms of Use") is
18  attached hereto as Exhibit E.

19  　　　　8. On October 31, Ms. Lira used her mobile phone to connect to
20  AdoreMe's Mobile website and purchase three products. Ms. Lira could only
21  purchase these products by advancing to the AdoreMe Mobile Shopping Bag Page.
22  AdoreMe's Shopping Bag Page prominently displays a text notice immediately above
23  the "Continue to Checkout" button that states "By purchasing, you agree with the
24  Adore Me Terms & Conditions," with a hyperlink to AdoreMe's Updated Terms &
25  Conditions highlighted in bold and underlined. Clicking on the hyperlink would take
26  Ms. Lira directly to the Updated Terms & Conditions. Ms. Lira could only purchase
27  her three products by clicking the "Continue to Checkout" button. A true and correct
28  copy of the AdoreMe Mobile Shopping Bag Page as it existed for VIP Members like

DECLARATION OF BOGDAN LUCACIU

1   Ms. Lira on October 31, 2016 is attached as Exhibit F.

2         9. As of the date of this declaration, Ms. Lira remains an AdoreMe VIP

3   Member.

4         10. The arbitration provisions in the Original Terms of Use and Updated

5   Terms of Use are substantively similar.  Any arbitration is governed by the Federal

6   Arbitration Act, rules of the American Arbitration Association ("AAA"), and, unless

7   the customer elects otherwise, is to take place in the customer's local area.  Under the

8   Updated Terms of Use AdoreMe agrees to pay for all arbitration and administration

9   fees and legal fees up to a maximum of $5000: "Adore Me will pay for the entirety of

10   the arbitrators' and administrative fees of arbitration and will pay for your legal fees

11   up to a maximum of $5,000, regardless of the outcome of the Arbitration."  AdoreMe

12   agrees to honor this term for purposes of this dispute with Ms. Lira.

13         I declare under penalty of perjury of the laws of the United States that the

14   foregoing is true and correct.

15         Executed this 1st day of December 2016, at Bucharest, Romania.

16

17         /s/

18         Bogdan Lucaciu, Chief Technical Officer

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



## Sign-Up Page as of May 2016



EXHIBIT B



EXHIBIT C



## Shopping Bag



**Angelica Push-Up**                                    **79.90**

Bra Size: 34D
Panty Size: Hipster M

QTY: 2  ⌄                                               Edit

This item does not give reward points.

---



**Matilda**                                             **149.85**

Set Size: L

QTY: 3  ⌄                                               Edit

This item does not give reward points.

---

| Enter Promo Code or Gift Card | Apply |

Subtotal                                               $229.75

1+1=3                                                  -$39.95

Shipping & Exchanges                                   $0.00

**Order Total (USD)**                                  **$189.80**

By purchasing, you agree with the Adore Me
**<u>Terms & Conditions</u>**

## Continue to Checkout

# EXHIBIT D

Invite Friends, Get $15 (/invite-friends)

(http://ww    Mobile APP (http://www.adoreme.com/mobile-app/)    My Account ()    Wishlist (http://www.adoreme.com/wishlist/)

Bag (0)

(http://www.adoreme.com/checkout/cart/)

My Showroom                                                     Bras & Panties

Home (http://www.adoreme.com/) » Terms & Conditions                                    « Back to Home (http://www.adoreme.com/)

How It Works
(http://www.adoreme.com/how_it_works)

Shipping & Exchanges
(http://www.adoreme.com/free-shipping)

Terms & Conditions
(http://www.adoreme.com/terms-conditions)

Privacy Policy
(http://www.adoreme.com/privacy-policy)

Support Center
(http://help.adoreme.com/hc/en-us/?token=eyJuYW1lIjoiQ2hhcmxvdHRlIiwiaWQiOjQ4NDc5LCJmaXJzdG5hbWUiOiJDaGFybG90dGU)

By using the AdoreMe, Inc. website (the "Site"), you agree to follow and be bound by these Terms and Conditions (the "Terms") and agree to comply with all applicable laws and regulations, including United States export and re-export control laws and regulations. In these Terms, the words "you" and "your" refer to each Client or Site visitor, "we", "us" and "our" refer to AdoreMe, Inc.

It is your responsibility to review these Terms and Conditions periodically. If at any time you find these Terms and Conditions unacceptable or if you do not agree to these Terms and Conditions, please do not use this Site. We may revise these Terms and Conditions at any time without notice to you. If you have any questions about these Terms and Conditions, please contact our client service department (mailto: %20help@adoreme.com).

YOU AGREE THAT BY USING THE SITE AND REGISTERING FOR MEMBERSHIP YOU ARE AT LEAST 18 YEARS OF AGE, OR VISITING THE SITE UNDER THE SUPERVISION OF A PARENT OR GUARDIAN, AND YOU ARE LEGALLY ABLE TO ENTER INTO A CONTRACT.

Please also refer to Adore Me's Privacy Policy (http://www.adoreme.com/privacy-policy) and our Shipping, Return and Exchange Policies (http://www.adoreme.com/free-shipping), which are incorporated by reference into this Agreement.

USE OF THE WEBSITE

Subject to the terms and conditions of this Agreement, AdoreMe hereby grants you a limited, revocable, non-transferable and non-exclusive license to access and use the Site by displaying it on your internet browser only for the purpose of applying for a membership, and shopping for personal items sold or offered on the Site and not for any commercial use or use on behalf of any third party, except as explicitly permitted by AdoreMe in advance and in writing. Any breach of this Agreement shall result in the immediate revocation of the license granted in this paragraph without notice to you.

Except as permitted in the paragraph above, you may not reproduce, distribute, display, sell, lease, transmit, create derivative works from, translate, modify, reverse-engineer, disassemble, decompile or otherwise exploit this Site or any portion of it unless expressly permitted by AdoreMe in writing. You may not make any commercial use of any of the information provided on the Site or make any use of the Site for the benefit of another business unless explicitly permitted by AdoreMe in advance and in writing. AdoreMe reserves the right to refuse service, terminate accounts, and/or cancel orders at its discretion, including, without limitation, if AdoreMe believes that client conduct violates applicable law or is harmful to Adore Me's interests.

You shall not upload to, distribute, or otherwise publish through this Site any Content, information, or other material that (a) violates or infringes the copyrights, patents, trademarks, service marks, trade secrets, or other proprietary rights of any person; (b) is libelous, threatening, defamatory, obscene, indecent, pornographic, or could give rise to any civil or criminal liability under U.S. or international law; or (c) includes any bugs, viruses, worms, trap doors, Trojan horses or other harmful code or properties.

Content provided on this site is solely for informational purposes. Submissions or opinions expressed on this Site are that of the individual expressing such Submission or opinion and may not reflect the opinions of AdoreMe. Product representations expressed on this Site are not made by AdoreMe.

AdoreMe may assign you a password and account identification to enable you to access and use certain portions of this Site. Each time you use a password or identification, you will be deemed to be authorized to access and use the Site in a manner consistent with the terms and conditions of this Agreement, and AdoreMe has no obligation to investigate the authorization or source of any such access or use of the Site.

YOU WILL BE SOLELY RESPONSIBLE FOR ALL ACCESS TO AND USE OF THIS SITE BY ANYONE USING THE PASSWORD AND IDENTIFICATION ORIGINALLY ASSIGNED TO YOU WHETHER OR NOT SUCH ACCESS TO AND USE OF THIS SITE IS ACTUALLY AUTHORIZED BY YOU, INCLUDING WITHOUT LIMITATION, ALL COMMUNICATIONS AND TRANSMISSIONS AND ALL OBLIGATIONS (INCLUDING WITHOUT LIMITATION FINANCIAL OBLIGATIONS) INCURRED THROUGH SUCH ACCESS OR USE.

You are solely responsible for protecting the security and confidentiality of the password and identification assigned to you. You shall immediately notify AdoreMe of any unauthorized use of your password or identification or any other breach or threatened breach of this Site's security.

OWNERSHIP

This Site is owned and operated by AdoreMe, Inc. All right, title and interest in and to the materials provided on this Site, including but not limited to information, documents, logos, graphics, sounds and images (the "Materials") are owned either by Adore Me or by our respective third party authors, developers or vendors ("Third Party Providers"). Except as otherwise expressly provided by Adore Me, none of the Materials may be copied, reproduced, republished, downloaded, uploaded, posted, displayed, transmitted or distributed in any way and nothing on this Site shall be construed to confer any license under any of Adore Me's intellectual property rights, whether by estoppel, implication or otherwise. You must contact our customer service department (mailto:%20help@adoreme.com) if you have any questions about obtaining such licenses. Adore Me does not sell, license, lease or otherwise provide any of the Materials other than those specifically identified as being provided by Adore Me. Any rights not expressly granted herein are reserved by Adore Me.

EMAIL REGISTRATION

In order to enjoy all the benefits of Adore Me, you must register your email. Email registration is easy, and there is no commitment to purchase. Simply take our style quiz, use your valid email address and create a password to register your profile. Once registered, you have access to a personalized account with a specially curated showroom, and two payment options to choose from. As a registered user of Adore Me, you agree to receive emails promoting any special offer(s), including third party offers. You may adjust your email preferences (or unsubscribe from newsletters) by clicking the "unsubscribe" link at the bottom of any newsletter we've sent. For your convenience, all information provided during registration with Adore Me is subject to Adore Me's Privacy Policy.

NO PURCHASE COMMITMENT

By registering your email, you'll have access to a personal showroom updated monthly with a great selection of bras, lingerie, sleepwear and more. Because we introduce new styles throughout the month, you're sure to find many styles you'll love. Adore Me's goal is to provide you with designer quality style at an affordable price and there is no commitment to purchase. Each month you will receive a set of personal fashion selections based on your style and preferences in a personalized showroom. Adore Me cannot guarantee that a selection available in a particular month will be available in any subsequent month.

PAYMENTS OPTIONS

On AdoreMe, you have 2 great ways to shop: during checkout with your first order, you may choose Pay As You Go (PAYG) option or choose to join our flexible VIP membership. Both options are great, but feature different perks. Please read the conditions carefully before making your choice. Note that these payment options are reversible, for instance PAYG shoppers are free to join the VIP membership in subsequent orders, and vice versa.

*PAYG Payment Option*

The Pay As You Go option is our one-time purchase option. Shoppers pay full price for lingerie sets, and enjoy free shipping and exchanges. Simply place an order, receive your products and enjoy!

*VIP Membership Payment Option*

Selecting the VIP membership during checkout enrolls you into a flexible, active membership with many benefits. Members enjoy a special in-house price in addition to exclusive deals and sales, reward points and free shipping and exchanges in the U.S. Benefits of joining the VIP membership are detailed during checkout. Your only obligation as a VIP member is to visit the site between the 1st and 5th of each month, then decide if you want to shop an item or skip that given month. Customers may skip an unlimited amount of months (consecutive or not).

VIP members who do not shop or skip before the 6th day of each month (11:59:59 p.m. EST), will be charged $39.95 and will receive the same amount in Adore Me store credit. Members can use this store credit on AdoreMe.com at any time to purchase any type of products. VIP members who do skip the month (before the 6th day 11:59:59 p.m. EST) can change their minds and are free to shop any item in their showroom throughout the month. Please note this is an automatic billing, and members who do not participate in the active membership may accumulate store credits.

VIP members may enroll in our Payment Vacation program, where they grow familiar with the perks of membership over a period of three months, but do not need to visit the site and shop or skip each month. They enjoy all the benefits, obligation-free, and will receive an email notification towards the end of the vacation indicating their Payment Vacation is ending. Customers will automatically rejoin the active membership after this period. To enroll in the payment vacation program, please contact our **customer service department** (mailto:%20help@adoreme.com) or go to the "My Account" dashboard.

To request a credit refund, please or go to the "My Account" dashboard or contact our **customer service department** (mailto:%20help@adoreme.com). All refunds are subject to our Refund Policy. Please note: **Credits resulting from the monthly charge on the 6th are only eligible for a refund up to 30 days past the date of the charge.** In order to be eligible for a refund of store credit beyond 30 days, you must send an email to our claims department at: claims@adoreme.com

We will analyze your case and provide an answer by email within 10 business days.

Store credit are fully refundable within 30 days through « My account » dashboard or by contacting our Customer Service department. Past this delay, store credits may be refunded at the sole discretion of AdoreMe. Please contact **claims@adoreme.com** (mailto:claims@adoreme.com) for more information

Please also refer to our **How It Works (http://www.adoreme.com/how_it_works/)** section, for additional details.

BILLING AND PAYMENTS

Paying By Credit Card

For your convenience, when you place your orders, we will save your credit or debit card information and use it for all future purchases, unless you notify us online or through **Client Services (mailto:%20help@adoreme.com)**. We accept the following credit cards at this time: VISA, MasterCard and Discover Card. For your convenience and continuous membership benefits as a client, if your payment method reaches its expiration date and you do not edit your credit card information or cancel your account, you authorize us to continue billing the Payment method as it may be updated until we are notified by you or the credit card company that the account is no longer valid. We encourage you to constantly update your payment method information or cancel your account should you wish to discontinue your membership with us.

Using Store Credits

Store credits can be used to do any type of purchase on Adore Me website. If you don't have enough store credits to make a product purchase, you can add a complement using your regular credit card. For security reasons, a one cent fee might be applied to your credit card when you use a store credit. For all Adore Me VIP members that have accumulated credits, each month you will have the option of using valid credits towards the purchase of monthly selections. Additional fees such as international shipping, processing fees and taxes, if applicable, are additional and cannot be paid with credits. You cannot exchange credits for any other form of currency—they have no cash value. Adore Me reserves the right to change these terms and conditions at our discretion, and may terminate the credits program at any time. Store credits can be used through the VIP or PAYG payment option.

**SHIPPING, RETURNS AND EXCHANGES**

Free shipping, free exchanges and easy return to and from addresses within the U.S of any merchandise ordered through the Site or in connection with your membership are subject to the Adore Me **Shipping, Return and Exchange Policies (http://www.adoreme.com/free-shipping)**. Customers with addresses outside of the U.S are welcome to purchase alternative shipping methods at their expense that allows tracking or insurance on the package. Please note that Adore Me does is not responsible for packages sent without tracking information. There is no exchange possible on any merchandise given away for free during a promotional operation. All products returned for a refund are subject to a $5.95 restocking fee per set, to be deducted from the amount refunded to the card used for purchase, Returns for a credit will not be charged the $5.95 restocking fee per set,

Adore Me reserves the right to limit the exchange and return requests, for some customers, at its sole discretion. Please reach customer care for more details.

Replacement of products and credits to your account for shipped merchandises claimed as not received are subject to our investigation, which may include postal-service notification. We will adjust your account at our discretion, Repeated claims of undelivered merchandise may result in the cancellation your membership.

**RISK OF LOSS**

The risk of loss and title for items purchased by you pass to you upon Adore Me's delivery of the items to the carrier pursuant to the Adore Me Shipping Policy.

**LOCAL TAXES**

You may be charged local sales tax, if applicable.

**INTERNATIONAL ACCESS**

This Site may be accessed from countries other than the United States. This Site may contain products or references to products that are not available outside of the United States, Any such references do not imply that such products will be made available outside the United States. If you access and use this Site outside the United States you are responsible for complying with your local laws and regulations. Adore Me is not responsible for additional fees such as international shipping, processing fees and taxes, if applicable. Shopper must cover any applicable fees at the time of delivery, to accept the order.

**VIP MEMBERSHIP CANCELLATIONS**

We will do everything to make your VIP membership as satisfying as possible; however, you are free to cancel your membership any time by going to http://www.adoreme.com/helpdesk (http://www.adoreme.com/helpdesk) . By cancelling your membership you forfeit your reward points. If you stay, you will be eligible to enjoy long-term membership rewards, such as private sales and special offers for VIP members. We may terminate or freeze your VIP membership, without notice, for conduct we believe violates our policies, is harmful to other VIP members or our business interests.

**ORDER CANCELLATIONS**

Any order can be cancelled for 30 minutes after your purchase through the "My Account" dashboard. Passed this 30 minutes time period, the order is already processed and we are then unable to cancel it. Adore Me strives to ship orders swiftly and efficiently, so once placed, all orders are immediately transferred to our warehouse to be fulfilled. This is why we cannot cancel it when they are already processed and shipped. Don't hesitate to reach out to us for more information.

**REWARDS POINTS**

The Buy 5, get 1 free promotion entitles shoppers to a $39.95 credit, applied automatically during checkout, following their fifth purchase. No reward points are earned on orders with sale and promotional items, or items purchased with a promotional / exchange voucher.

**ADORE ME REFERRAL PROGRAM**

Adore Me may offer rewards for shoppers referring new customers, including, but not limited to a stated amount in store credit or credit towards free sets.
Shoppers may not refer themselves, and will receive no credit for referring an existing member. Credits are nontransferable, and will be applied to the referring customer's account only. Adore Me may discontinue its referral program at any time, and will not be liable for any loss of income; and Adore Me may decline a referral at any time without giving a reason.

**DEMAND FOR ARBITRATION**

Any arbitration under this Agreement will take place on an individual basis; class arbitrations and class actions are not permitted. AdoreMe is committed to resolving all disputes in a fair, effective, and cost-efficient manner. Accordingly, our Terms and Conditions (the "Terms") provide that disputes will be resolved in binding arbitration or small claims court. AdoreMe's arbitration provision, which is set forth below, has been designed to make arbitration as convenient and inexpensive for our customers as possible. Among other things, it specifies that AdoreMe will bear all costs of arbitration (unless a customer's claims exceed $25,000 or an arbitrator determines that the claims are frivolous), and that, under certain circumstances (explained in the arbitration provision), AdoreMe will pay a premium if a customer receives an arbitration award greater than the value of AdoreMe's settlement offer, and will pay the customer's reasonable attorney's fees. As part of AdoreMe's commitment to a fair, effective, and cost-efficient resolution of all disputes, AdoreMe has made its current arbitration provision available to all current and former customers. AdoreMe will abide by the terms of its current arbitration provision in all instances. Customers whose Terms include arbitration provisions that differ from the current arbitration provision may arbitrate pursuant to the terms of either arbitration provision at their discretion. Similarly, former customers whose Terms did not include an arbitration provision may arbitrate their disputes under the current arbitration provision.

**DISPUTE RESOLUTION BY BINDING ARBITRATION**

Please read this carefully. It affects your rights.

Summary:

Most customer concerns can be resolved quickly and to the customer's satisfaction by calling our Client Services (mailto:%20help@adoreme.com) department at 1.800.433.2367. In the unlikely event that Adore Me's Client Services (mailto:%20help@adoreme.com) department is unable to resolve your complaint to your satisfaction (or if AdoreMe has not been able to resolve a dispute it has with you after attempting to do so informally), we each agree to resolve those disputes through binding arbitration or in small claims court rather than in a court of general jurisdiction. Arbitration is less formal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, allows for more limited discovery than a court does, and is subject to very limited review by courts. Any arbitration under these Terms will take place on an individual basis; class arbitrations and class actions are not permitted. For any non-frivolous claim that does not exceed $25,000, AdoreMe will pay all costs of the arbitration. Moreover, in arbitration you may recover attorney's fees from AdoreMe to the same extent or more as you would in court. Under certain circumstances (as explained below), AdoreMe will pay you more than the amount of the arbitrator's award and will pay your attorney (if any) his or her reasonable attorney's fees if the arbitrator awards you an amount greater than what AdoreMe offered you to settle the dispute.

Arbitration Agreement:

(a) AdoreMe and you agree to arbitrate all disputes and claims between us before a single arbitrator. The types of disputes and claims we agree to arbitrate are intended to be broadly interpreted. It applies, without limitation, to:

Claims arising out of or relating to any aspect of the relationship between us, whether based in contract, tort, statute, fraud, misrepresentation, or any other legal theory.
Claims that arose before these or any prior Terms (including, but not limited to, claims relating to advertising);
Claims that are currently the subject of purported class action litigation in which you are not a member of a certified class; and Claims that may arise after termination of these Terms.
For the purposes of this Arbitration Agreement, references to "AdoreMe "you," and "us" include our respective subsidiaries, affiliates, agents, employees, predecessors in interest, successors, and assigns. as well as all authorized or unauthorized users or beneficiaries of services or products under these Terms or any prior agreements between us.

Notwithstanding the foregoing, either party may bring an individual action in small claims court. This arbitration agreement does not preclude your bringing issues to the attention of federal, state, or local agencies. Such agencies can, if the law allows, seek relief against us on your behalf. You agree that, by entering into these Terms, you and AdoreMe are each waiving the right to a trial by jury or to participate in a class action. These Terms evidence a transaction or website use in interstate commerce, and thus the Federal Arbitration Act governs the interpretation and enforcement of this provision. This arbitration provision will survive termination of these Terms.

(b) A party who intends to seek arbitration must first send, by U.S. certified mail, a written Notice of Dispute ("Notice") to the other party. A Notice to AdoreMe should be addressed to: Notice of Dispute, General Counsel, AdoreMe, Inc., 205 W 39th st, 16th floor, 10018, New York, NY (the "Notice Address"). The Notice must (a) describe the nature and basis of the claim or dispute and (b) set forth the specific relief sought ("Demand"). If AdoreMe and you do not reach an agreement to resolve the claim within 30 days after the Notice is received, you or AdoreMe may commence an arbitration proceeding. During the arbitration, the amount of any settlement offer made by AdoreMe or you shall not be disclosed to the arbitrator until after the arbitrator determines the amount, if any, to which you or AdoreMe is entitled.

(c) After AdoreMe receives notice at the Notice Address that you have commenced arbitration, it will promptly reimburse you for your payment of the filing fee, unless your claim is for more than $25,000. (Currently, the filing fee is $125 for claims under $10,000, but this is subject to change by the arbitration provider. If you are unable to pay this fee, AdoreMe will pay it directly after receiving a written request at the Notice Address.) The arbitration will be governed by the Commercial Dispute Resolution Procedures and the Supplementary Procedures for Consumer Related Disputes (collectively, the "AAA Rules") of the American Arbitration Association (the "AAA"), as modified by these Terms, and will be administered by the AAA. The AAA Rules are available online at www.adr.org or by calling the AAA at 1-800-778-7879.

The arbitrator is bound by these Terms. Unless AdoreMe and you agree otherwise, any arbitration hearings will take place in the county (or parish) of your contact address. If your claim is for $10,000 or less, you may choose whether the arbitration will be conducted solely on the basis of documents submitted to the arbitrator, by a telephonic hearing, or by an in-person hearing as established by the AAA Rules. If you choose to proceed either in person or by telephone, we may choose to respond only by telephone or submission. If your claim exceeds $10,000, the AAA Rules will determine whether you have a right to a hearing. Regardless of the manner in which the arbitration is conducted, the arbitrator shall issue a reasoned written decision sufficient to explain the essential findings of fact and conclusions of law on which the award is based. The parties agree that any awards or findings of fact or conclusions of law made in an arbitration of their dispute or claim are made only for the purposes of that arbitration, and may not be used by any other person or entity in any later arbitration of any dispute or claim involving AdoreMe. The parties agree that in any arbitration of a dispute or claim, neither party will rely for preclusive effect on any award or finding of fact or conclusion of law made in any other arbitration of any dispute or claim to which AdoreMe was a party. Except as otherwise provided for herein, AdoreMe will pay all AAA filing, administration, and arbitrator fees for any arbitration initiated in accordance with the notice requirements above. If, however, the arbitrator finds that either the substance of your claim or the relief sought in the Demand is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)), then the payment of all such fees will be governed by the AAA Rules. In such case, you agree to reimburse AdoreMe for all monies previously disbursed by it that are otherwise your obligation to pay under the AAA Rules. In addition, if you initiate an arbitration in which you seek more than $25,000 in damages, the payment of these fees will be governed by the AAA rules. An award may be entered against a party who fails to appear at a duly noticed hearing.

(d) If, after finding in your favor in any respect on the merits of your claim, the arbitrator issues you an award that is greater than the value of AdoreMe's last written settlement offer made before an arbitrator was selected, then AdoreMe will:

pay you either the amount of the award or $2,000 ("the alternative payment"), whichever is greater; and
pay your attorney, if any, the amount of attorney's fees, and reimburse any expenses (including expert witness fees and costs), that your attorney reasonably accrues for investigation, preparing, and pursuing your claim in arbitration (the "attorney's fees").
If AdoreMe did not make a written offer to settle the dispute before an arbitrator was selected, you and your attorney will be entitled to receive the alternative payment and the attorney's fees, respectively, if the arbitrator awards you any relief on the merits. The arbitrator may make rulings and resolve disputes as to the payment and reimbursement of fees, expenses, and the alternative payment and the attorney's fees at any time during the proceeding and upon request from either party made within 14 days of the arbitrator's ruling on the merits.

(e) The right to attorney's fees and expenses discussed in paragraph (d) supplements any right to attorney's fees and expenses you may have under applicable law. Thus, if you would be entitled to a larger amount under applicable law, this provision does not preclude the arbitrator from awarding you that amount. However, you may not recover duplicative awards of attorney's fees or costs. Although under some laws AdoreMe may have a right to an award of attorney's fees and expenses if it prevails in an arbitration, AdoreMe will not seek such an award.

(f) The arbitrator may award injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. YOU AND ADORE ME AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITIES AND NOT AS PLAINTIFFS OR CLASS MEMBERS IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING OR IN THE CAPACITY OF A PRIVATE ATTORNEY GENERAL. The arbitrator shall not have the power to

commit errors of law or legal reasoning, and the parties agree that any injunctive award may be vacated or corrected on appeal by either party to a court of competent jurisdiction for any such error. Each party will bear its own costs and fees on any such appeal. The arbitrator shall not award relief in excess of what these Terms provide or award punitive damages or any other damages not measured by actual damages. Further, unless both you and AdoreMe agree otherwise, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. If this specific proviso is found to be unenforceable, then the entirety of this arbitration provision shall be null and void.

(g) All aspects of the arbitration proceeding, and any ruling, decision or award by the arbitrator, will be strictly confidential, other than as part of an appeal to a court of competent jurisdiction.

## DISCLAIMER AND LIMITATION OF LIABILITY

EXCEPT AS OTHERWISE PROVIDED IN THE STANDARD TERMS OF SALE THAT GOVERN THE SALE OF EACH PRODUCT ON THIS SITE, THE PRODUCTS OFFERED FOR SALE ON IT AND THE TRANSACTIONS CONDUCTED THROUGH IT ARE PROVIDED BY ADORE ME ON AN "AS IS" BASIS. ADORE ME MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THE SITE OR THE INFORMATION, CONTENT, MATERIALS, OR PRODUCTS INCLUDED ON THIS SITE EXCEPT AS PROVIDED HEREIN, TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, ADORE ME DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, TITLE, QUIET ENJOYMENT, DATA ACCURACY AND SYSTEM INTEGRATION. THIS SITE MAY INCLUDE INACCURACIES, MISTAKES OR TYPOGRAPHICAL ERRORS. ADORE ME DOES NOT WARRANT THAT THE CONTENT WILL BE UNINTERRUPTED OR ERROR FREE.

TO THE MAXIMUM EXTENT PERMITTED BY LAW, ADORE ME WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THIS SITE, INCLUDING, BUT NOT LIMITED TO INDIRECT, INCIDENTAL, PUNITIVE, EXEMPLARY, SPECIAL OR CONSEQUENTIAL DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW ADORE ME'S TOTAL LIABILITY TO YOU FOR ANY DAMAGES (REGARDLESS OF THE FOUNDATION FOR THE ACTION) SHALL NOT EXCEED IN THE AGGREGATE THE AMOUNT OF FEES ACTUALLY PAID BY YOU TO ADORE ME DURING THE MONTH IMMEDIATELY PRECEDING THE ACT ALLEGEDLY GIVING RISE TO ADORE ME'S LIABILITY.

ADORE ME DISCLAIMS ALL RESPONSIBILITY FOR DELAY CAUSED BY CIRCUMSTANCES OUTSIDE OUR CONTROL INCLUDING NATURAL DISASTERS, POWER OUTAGES, TECHNICAL DIFFICULTIES, FIRE, OR ANY OTHER FREAK OCCURRENCE THAT PREVENTS OUR SERVICE FROM RUNNING NORMALLY AND SHALL IN NO WAY BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES OF ANY KIND WHATSOEVER IN RESPECT TO DELAY OR LOSS.

## TYPOGRAPHICAL ERRORS

In the event a product is listed at an incorrect price or with incorrect information due to typographical error or error in pricing or product information received from our suppliers, Adore Me shall have the right to refuse or cancel any orders placed for product listed at the incorrect price. Adore Me shall have the right to refuse or cancel any such orders whether or not the order has been confirmed and your credit card charged. If your credit card has already been charged for the purchase and your order is canceled, Adore Me shall immediately issue a credit to your credit card account in the amount of the charge.

## COPYRIGHT COMPLAINTS

All Site design, text, graphics, the selection and arrangement thereof, Copyright © 2008-2014, AdoreMe, Inc. ALL RIGHTS RESERVED. Adore Me respects the intellectual property of others. If you believe that your work has been copied in a way that constitutes copyright infringement, please contact our Client Services.

## TRADEMARKS

Adore Me, AdoreMe.com, the logo, all images and text, and all page headers, custom graphics and button icons are service marks, trademarks, and/or trade dress of Adore Me. All other trademarks, product names and company names or logos cited herein are the property of their respective owners.

## REMEDIES

You agree that Adore Me's remedy at law for any actual or threatened breach of this Agreement would be inadequate and that Adore Me shall be entitled to specific performance or injunctive relief, or both, in addition to any damages that Adore Me may be legally entitled to recover, together with reasonable expenses of any form of dispute resolution, including, without limitation, attorneys' fees.

No right or remedy of Adore Me shall be exclusive of any other, whether at law or in equity, including without limitation damages injunctive relief, attorneys' fees and expenses.

No instance of waiver by Adore Me of its rights or remedies under these terms and conditions shall imply any obligation to grant any similar, future or other waiver.

## LINKS TO THIRD PARTY SITES

This Site may contain links to websites controlled by parties other than Adore Me (each a "Third Party Site"). Adore Me may work with certain partners and affiliates whose sites are linked with Adore Me. Adore Me is not responsible for and does not endorse or accept any responsibility for the availability, contents, products, services or use of any Third Party Site, any web site accessed from a Third Party Site or any changes or updates to such sites. Adore Me makes no guarantees about the content or quality of the products or services provided by such sites. Adore Me is not responsible for webcasting or any other form of transmission received from any Third Party Site. Adore Me is providing these links to you only as a convenience, and the inclusion of any link does not imply endorsement by Adore Me of the Third Party Site. You acknowledge that you bear all risks associated with access to and use of content provided on a Third Party Site and agree that Adore Me is not responsible for any loss or damage of any sort you may incur from dealing with a third party. You should contact the site administrator for the applicable Third Party Site if you have any concerns regarding such links or the content located on any such Third Party Site.

## ADDITIONAL TERMS

By purchasing products on the Adore Me website, you accept and agree to the terms of this Agreement and any changes we make to this document once we notify you of these changes. If you do not wish to be bound by this Agreement, please see above for how to cancel your membership. Your edits or changes to either the online or offline versions of this Agreement or a membership offer will not be effective, regardless of form.

You must provide and keep us up to date with accurate member information, including your name, address, credit card number and expiration dates. You agree that we may update your information with information your bank or credit card issuer may supply, or other information available to us. All such personal information is subject to the Adore Me Privacy Policy, incorporated into this Agreement. We are not responsible for any fees or charges that your bank or credit card issuer may apply. If your credit card issuer reverses a charge to your credit card, we may bill your account directly and seek payment by another method including a mailed statement,

Promotional offers cannot be combined.

*Updated May 20th, 2016*

## CUSTOMER CARE

FREQUENTLY ASKED QUESTIONS (http://help.adoreme.com/hc/en-us/?token=eyJuYW1lIjoiQ2hhcmxvdHRlIE1vcmdhbiIsImVtYWlsIjoiY2hhcmxvdHRlIMTI2QGdtYWlsLmNvbSJ9)

CONTACT US (http://help.adoreme.com/hc/en-us/requests/new?token=eyJuYW1lIjoiQ2hhcmxvdHRlIE1vcmdhbiIsImVtYWlsIjoiY2hhcmxvdHRlIMTI2QGdtYWlsLmNvbSJ9)

SHIPPING, EXCHANGES & RETURNS (http://www.adoreme.com/free-shipping)

INVITE FRIENDS, GET $15 (/invite-friends)

## ABOUT ADORE ME

HOW IT WORKS (http://www.adoreme.com/how-it-works)

PRESS (http://www.adoreme.com/press)

BLOG (http://www.adoreme.com/blog)

2015 ANNUAL REVIEW (http://www.adoreme.com/annual-report-2015)

OUR STORY (http://www.adoreme.com/our-story/story.html)

GIFT CARDS (http://www.adoreme.com/gift)

CAREERS (http://www.adoreme.com/jobs)

REVIEWS (http://www.adoreme.com/reviews)

## OUR STORES

FIND AN ADORE ME STORE (http://www.adoreme.com/stores)

## GET SOCIAL

(http://www.facebook.com/adoremelingerie)

© 2016 ADOREME.COM, ALL RIGHTS RESERVED.

PRIVACY POLICY (http://www.adoreme.com/privacy-policy)    TERMS & CONDITIONS (http://www.adoreme.com/terms-conditions)

# EXHIBIT E



My Showroom   **ACTIVEWEAR**   NEW!   Bras & Panties   Sleepwear   Lingerie   Plus Size   Corsets

Panties ⌄   More ⌄

**Updated: September 8, 2016**

**Adore Me Terms and Conditions of Use**

INTRODUCTION

**THE FOLLOWING TERMS AND CONDITIONS OF USE ("TERMS") GOVERN YOUR USE OF THE SERVICES, DEFINED BELOW IN ¶ 1, AND YOUR RELATIONSHIP WITH ADORE ME, INC., ITS EMPLOYEES, OFFICERS, DIRECTORS, AGENTS, SUBSIDIARIES, AND AFFILIATES ("WE," "OUR," "US," OR "ADORE ME").  THE FOLLOWING TERMS ARE SUBJECT TO ARBITRATION.**

PLEASE READ THESE TERMS CAREFULLY. THESE TERMS MAY HAVE CHANGED SINCE YOU LAST ACCESSED OR USED THE SERVICES. BY ACCESSING OR USING ANY PART OF THE SERVICES, YOU AGREE TO THESE TERMS.  If at any time you find these Terms and Conditions unacceptable or if you do not agree to these Terms and Conditions, please do not use this Site or the Services. We may revise these Terms and Conditions at any time.

**Notice of Agreement to Arbitrate and Class Action Waiver**
**By accepting these Terms, you agree to resolve any dispute with us on an individual basis in arbitration, and to waive any right to pursue a class action or suit in court, except in matters that may be pursued on an individual basis in your local small claims court.**

ABOUT THE SERVICES
Services.  These Termsdescribe the terms and conditions on which you may access and use the Adore Me website located at adoreme.com (the "Site"), the Adore Me mobile app (the "App"), the Adore Me mobile site (the "Mobile Site"), and related services (together with the Site, the App, the Mobile Site, and the Adore Me Content, as defined below, the "Services"). These Terms also apply to in-store sales, whether at Adore Me's showroom or other Adore Me controlled venue, if any, which are part of the Services.  By accessing or using any of the Services, you acknowledge that you have read, understood and agreed to be bound by these Terms.

Changes in Contract Terms.  We reserve the right to change the Terms and Conditions of Use on which we offer the Services, including adding new terms or deleting existing ones.  If we make any changes, we will give you reasonable and appropriate notice regarding the change.  If you do not accept our changed Terms and Conditions, you always have the right to cancel your use of the Services at any time.  If you wish to cancel your use of the Services, please contact claims@adoreme.com.  If you notify us that you do not accept our Terms and Conditions, we may cancel your use of the Services (as provided in Use of Adore Me Services, Paragraph 6), as we cannot offer Services to different customers on different terms, among other reasons.  If you elect not to cancel your use of the Services, your continued use of the Services constitutes acceptance of the changed Terms and Conditions.

Terms and Conditions | AdoreMe

Invite Friends, Get $15

Mobile App                    My Account                    Wishlist                    Bag (0)

may not agree to these Terms on their behalf.  Children under 18 years of age but at least 13 years of age may use the Site and App under the supervision of parents or legal guardians who agree to be bound by these Terms on their behalf, but such children may not purchase any clothing or accessories ("Products") via the Services. If you are a parent or legal guardian agreeing to these Terms for the benefit of a child between the ages of 13 and 18, you are fully responsible for his or her use of the Services and the purchase of any Products, including all legal liability he or she may incur.

Privacy.  To learn more about our privacy practices, please read our Privacy Policy, which is available at http://www.adoreme.com/privacy-policy (the "Privacy Policy").

USE OF ADORE ME SERVICES
Licenses.  Subject to the terms and conditions of this Agreement, Adore Me hereby grants you a limited, revocable, non-transferable and non-exclusive license to access and use the Services for your personal use and not for any commercial use or use on behalf of any third party, except as explicitly permitted by Adore Me in advance and in writing.  Subject to the terms of these Terms, Adore Me also grants to you a limited, non-transferable, non-exclusive, revocable license to download, install and use one copy of the App in object code form only on an interactive wireless device that you own or control.  Any breach of this Agreement shall result in the immediate revocation of the licenses granted in this paragraph without notice to you.

Replication/Distribution. Except as permitted in the paragraph above, you may not reproduce, distribute, display, sell, lease, transmit, create derivative works from, translate, modify, reverse-engineer, disassemble, decompile or otherwise exploit our Services or any portion or component thereof unless expressly permitted by Adore Me in writing.  You may not make any commercial use of any of the information provided through our Services or make any use of our Services for the benefit of another business unless explicitly permitted by Adore Me in advance and in writing.

Use of Content on Services

    a.   Adore Me Content.  All content and information available through the Services, including but not limited to product descriptions and specifications, product photos, advice from stylists and photos and comments from other users ("Adore Me Content") is available to you on an "as is" basis and is to be used for general information purposes only.  We may update the Adore Me Content, including Product descriptions and specifications, as we deem appropriate and without notice to you. If you have any questions about the existence of more current information, please contact Customer Care. We take your questions and requests for information seriously, and we will use reasonable efforts to respond in a timely manner.

    b.   3rd Party Content. The Services may contain links or references to non-Adore Me websites, products, services or other materials or content ("Third Party Content").  This Third Party Content is provided to you as a convenience, and Adore Me is not responsible for any Third Party Content or the actions of those that provide or use such Third Party Content.  Any Third Party Content is independent from Adore Me, and Adore Me has no control over the Third Party Content. In addition, a link to any Third Party Content does not imply that Adore me endorses, approves of or accepts any responsibility for the Third Party Content or its provider, or vice versa.

    c.   Acceptable Use. No part of the Services, including the Adore Me Content, may be reproduced or transmitted in any form, by any means, electronic or mechanical, including photocopying and recording, except that Adore Me authorizes you to view, copy, download, and print Adore Me Content (such as press releases and FAQs) that is available on the Services, provided that: (a) you use the Adore Me Content solely for your personal, noncommercial, informational purposes; (b) you do not modify the Adore Me Content; and (c) you do not remove any copyright, trademark, and other proprietary notices on the Adore me Content.  You may not use the Services to: (i) transmit any

Invite Friends, Get $15

Mobile App                          My Account                          Wishlist                          Bag (0)

profanity; (ii) sell or promote any products or services, including any controlled pharmaceutical substances, tobacco, fire arms, or alcoholic beverages; (iii) introduce viruses, worms, Trojan horses and/or harmful code; (iv) display material that exploits children under 18 years of age; (v) post any content, information or other materials that infringe, misappropriate or violate any intellectual property or other right of any third party; (vi) promote or solicit any business or promote, solicit or participate in multi-level marketing or pyramid schemes; impersonate any other person, including but not limited to, a Adore Me representative; (vii) post, collect or disclose any personally identifying information (including account names) or private information about children or any third parties without their consent (or their parent's consent in case of a child under 13 years of age); (viii) post or transmit any unsolicited advertising, promotional materials, or any other forms of solicitation, including without limitation solicitations of credit card numbers, solicitations for sponsors, or promotion of raffles or contests; or (ix) violate any applicable local, state, national or international laws or regulations.   You also agree that you will not (and will not attempt to or permit any third party to): reverse engineer, decompile, disassemble, translate, derive the source code for, interfere with, rent, sell or lease the Services, any part thereof or access thereto.

Use of Your Content. If you post, upload or make available to Adore Me or the Services, or otherwise submit to or through Adore Me as part of your use of the Services, including the Site or App, any information, data, text, images, files, links, software, chat, communication or other materials, including but not limited to photos and reviews relating to your use of the Products ("Your Content"), you hereby grant to Adore Me a perpetual, non-exclusive, irrevocable, fully-paid, royalty-free, sub-licensable and transferable (in whole or part) worldwide license to use, reproduce, transmit, display, exhibit, distribute, index, comment on, modify, create derivative works based upon, perform and otherwise exploit Your Content and your name, image, voice, likeness and/or other biographical information or material in connection with Your Content, in whole or in part, in all media formats and distribution methods now known or hereafter devised (including on the Site and App, in email and other promotional campaigns and on third party sites promoting the Services) in connection with the Services, including but not limited to advertising, promoting, and marketing the Services, all without further notice to you, with or without attribution, without limitation as to frequency, and without the requirement of any permission from or payment to you or to any other person or entity. You waive any right to inspect or approve any of Your Content or any use of Your Content. By submitting Your Content, you represent and warrant that Your Content and your communication thereof conform to these Terms, and that you own or have the necessary rights, licenses, consents and permissions, without the need for any permission from or payment to any other person or entity, to exploit, and to authorize Adore Me to exploit, Your Content in all manners contemplated by these Terms. You waive all moral rights in Your Content which may be available to you in any part of the world and confirm that no such rights have been asserted. None of Your Content will be subject to any obligation, whether of confidentiality, attribution or otherwise, on our part and we will not be liable for any use or disclosure of any Your Content.

Email Registration. Access to parts of the Services requires the creation of a user account, including a password that you choose upon registration. You are solely responsible and liable for any authorized or unauthorized access to your account by any person.  Each time that your password or identification is used, you will be deemed to be authorized to access and use the Services in a manner consistent with the terms and conditions of this Agreement, and Adore Me has no obligation to investigate the authorization or source of any such access or use of the Services. You agree to bear all responsibility for the confidentiality of your account information and all use or charges incurred from use of the Services with your account. You agree to notify Adore Me promptly of any unauthorized use of your account or password or any other breach or threatened breach of the Services' security.

Access. Any violation of these Terms may result in suspension or termination of your access to the Services and/or removal of Your Content.   Adore Me may also terminate your account if Adore Me determines that your conduct poses a risk or liability to Adore Me, or for any other reason as determined by Adore Me in its sole discretion.

Terms and Conditions | AdoreMe

Invite Friends, Get $15

Mobile App                     My Account                     Wishlist                     Bag (0)

Careers. Adore Me may list open employment positions on or through the Services. These postings are for informational purposes only and are subject to change without notice. You should not construe any information on or made available through the Services as an offer for employment or promotion or solicitation for employment not authorized by the laws and regulations of your locale.

Electronic Communications. When you use any of the Services, or send e-mails, text messages, and other communications from your desktop or mobile device to us, you are communicating with us electronically. You consent to receive communications from us electronically, such as e-mails, texts, mobile push notices, or notices and messages on this site or through the Mobile Site or App, and you can retain copies of these communications for your records. As a registered user of Adore Me, you agree to receive emails promoting any special offer(s), including third party offers. **You agree that all agreements, notices, disclosures, and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.** You may adjust your email preferences (or unsubscribe from email communications) by clicking the "unsubscribe" link at the bottom of any newsletter we've sent or by adjusting your preferences under the "Notifications" tab of "My Account." If you have any questions or require further assistance, please contact us by telephone at 1.800.433.2367 Monday – Sunday 8:30 a.m. – 8:30 p.m. (EST) or by email at Help@AdoreMe.com and our agents will assist you to change your account settings and/or disable your account.

SALE OF PRODUCTS
General Conditions. The Services include the sale of Products. This Section sets out terms and conditions that apply to your purchase of any Product.

a.   Limits. You acknowledge and agree that we may place limits on the purchase of Products, including but not limited to restricting orders placed under a single customer account, payment card or billing or shipping address. We reserve the right to limit, cancel or prohibit sales of Products for any reason, including but not limited to availability concerns.

b.   Minors. Products may be worn or purchased for use by individuals under 18 years of age, but we sell our products only to adults, who may purchase the Products with a payment card or other approved payment method. By clicking agreeing to these Terms, you represent that you are 18 years or older and that you are authorized to use the chosen payment method (including, without limitation, credit cards) for the purpose of purchasing the Products as described in these Terms.

c.   Collections. If you do not pay the amounts you owe to Adore Me when due, then Adore Me will need to institute collection procedures. You agree to pay Adore Me's costs of collection, including, without limitation, reasonable attorneys' fees.

No Commitment. By registering your email, you'll have access to a personal showroom which is updated monthly with a curated selection of bras, lingerie, sleepwear and more, tailored just for you. There is no obligation to buy anything in your showroom or on the Site. Adore Me cannot guarantee that a selection available in a particular month will be available in any subsequent month.

Limited Warranty. We will deliver the Products you ordered, including the specified size, color and design, except in the rare event that the Product is unavailable. In such event, we will use reasonable efforts to notify you that the Product is unavailable. If we are able to reach you, you will be entitled to choose any one Product available on our Services to replace the unavailable Product. If we are unable to reach you, you acknowledge and agree that we may send you a

11/4/2016                                    Terms and Conditions | AdoreMe

Invite Friends, Get $15

Mobile App                My Account                Wishlist                Bag (0)

warranties or a refund of the store credits actually collected for your VIP Membership in the month immediately preceding Adore Me's failure to comply (excluding delivery charges) as determined by Adore Me.

All Sales As Is.  The services and products, including all trial programs, are provided "as is" without any express or implied warranties, including without limitation the warranties of merchantability, quality or fitness for a particular use. **THIS DISCLAIMER DOES NOT APPLY WHERE OTHERWISE PROHIBITED BY LAW.**

Purchase Price.  The purchase price ("Purchase Price") for the Products will be the purchase fee and delivery charges (if applicable) listed on the Site or App in connection with your purchase of the Products. Purchase Price is as listed on the Site at the time of purchase, and is subject to change.  All prices on the Adore Me Services are listed in U.S. Dollars. Adore Me is not responsible for fluctuations in the currency exchange rates against the U.S. Dollar that may affect the value of international customers' purchases.  Adore Me reserves the right to alter Purchase Price, discount, or availability of any particular item at its discretion and without notice. Upon your purchase order for a Product, you authorize Adore Me to charge your payment card for the Purchase Price. We will charge your payment card the amount of the Purchase Price immediately upon your purchase order.  Unless otherwise provided in these Terms, to the extent items purchased on Adore Me are subject to tax, such tax will be applied to the Purchase Price, less applicable savings, as required by law.

Payment by Credit Card.  For your convenience, your credit or debit card information will be saved after your first purchase.  We will apply that method of payment to all future purchases, unless you notify us online or through Customer Care.  We accept the following credit cards at this time: VISA, MasterCard and Discover Card.  To maintain uninterrupted benefits on the Services, please update your credit or debit card to reflect your current account information.  Please note that by continuing to use the Services, including your enrollment in the VIP program, you authorize us to bill the payment method on file, including after its expiration date, until we are notified by you or your bank or financial institution that the account is no longer valid.

Payment with Store Credits.  Store credits may be used to purchase any product offered through the Services. Store credits never expire.  If the balance of store credit in your account is not sufficient to cover the purchase price of an order, you may supplement your store credit using a credit or debit card.   For security reasons, a one cent fee per transaction may be applied to your credit card when you use a store credit. Additional fees, such as international shipping, processing fees, and taxes, if applicable, are additional, and cannot be paid with store credits.

Cancellations.  You may cancel your order in the 30 minutes following your purchase through the "My Account" dashboard.  Adore Me strives to ship orders swiftly and efficiently; once placed, orders are immediately transferred to our warehouse to be fulfilled.  Accordingly, we are unable to cancel orders more than 30 minutes after an order is placed. Items may be returned or exchanged in accordance with Adore Me's return policy.  Please contact us at help@adoreme.com for more information.

SPECIAL PROGRAMS
General.  Adore Me provides certain special programs, as described under this Section.

        a.     Adore Me reserves the right to add, remove or modify special program benefits at any time, but we will use reasonable efforts to notify you of any material changes. You may always unsubscribe from a special program at any time.  Upon your request, store credits accumulated in connection with a Special Program, including the VIP Membership program, which are posted to your account are refundable for a period of 30 days after their posting. Any increases in fees that we introduce will apply to subsequent subscription renewal periods. YOUR CONTINUED PROGRAM SUBSCRIPTION AFTER WE CHANGE THESE TERMS CONSTITUTES YOUR ACCEPTANCE OF THE CHANGES.

11/4/2016                                    Terms and Conditions | AdoreMe

programs, at any time. If we do so, we will notify you concerning the membership and any benefits accrued in your account in connection with your membership.

Shopping Options.  Currently there are two ways to shop for Adore Me's services on the Site, Mobile Site, and App: you may choose Pay As You Go option ("PAYG") or choose to join our flexible VIP Membership Program ("VIP").  Either the PAYG or VIP program must be chosen during checkout on your first Adore Me order.  You will always have the option to edit your selection for future purchases.

    a.    PAYG.  The Pay As You Go option is our one-time purchase option. Shoppers pay the listed price, subject to promotions or savings, and enjoy free shipping and exchanges.

    b.    VIP Membership.  By selecting the VIP membership during checkout, you will be enrolled in a flexible, active membership with many benefits. Members enjoy special discounts on every purchase in addition to exclusive deals and sales, reward points and free shipping and exchanges in the U.S.  Benefits of joining the VIP membership are detailed during checkout and can be found in our How it Works section.   The following additional terms and conditions apply if you subscribe to our VIP program:

    i. As a VIP Member you must, between 12:00:00 AM EST on the 1st day of every month and 11:59:59 PM EST on the 5th day of every month, either purchase a full-price product on the Adore Me Services ("Monthly Purchase") or opt to "skip" the month (together, "Shop or Skip").

    ii. Store Credits.  If you neither make a Monthly Purchase nor opt to "skip" the month, on the 6th day of the month in question your credit or debit card on file will be automatically charged $39.95, which will immediately be deposited in your account as store credit to be used on the Services at any time to purchase any type of product.  Store credits do not expire.  Store Credits are redeemable for merchandise only.  Subject to Adore Me's refund policy, store credits have no cash value and cannot be redeemed for cash, unless otherwise required by law.  Please note that VIP Membership will be billed automatically every month on the 6th day of the month if you have neither Shopped nor Skipped; VIP Members who do not actively monitor their account may accumulate store credits.

    iii. Payment Vacation.  VIP members who wish to grow familiar with the perks of VIP Membership but do not wish to Shop or Skip each month have the option to enroll in our "Payment Vacation" program for a period of up to two consecutive months (the "Payment Vacation Program").  VIP Members who are enrolled in the Payment Vacation program enjoy all the benefits of VIP Membership.  On or before the 25th day in the month prior to the end of the two-month Payment Vacation period, users will receive an email indicating their Payment Vacation is ending.  After the end of the Payment Vacation period, a customer's VIP Membership will automatically be reactivated and the Customer will be automatically charged $39.95 unless they either Shop or Skip in accordance with the terms of subparagraph (b)(1) above, or re-enroll in the Payment Vacation program.  To enroll in the Payment Vacation program, go to your "My Account" dashboard or contact our Customer Care department.

    iv. VIP Members who opt to "skip" (on or before the 5th day 11:59:59 p.m. EST) are still free to shop any item throughout the month.

    v. 30-Day Refund Policy.  Store credits posted to a user's account in accordance with the terms of subparagraph (b)(1) above are refundable to the user for a period of **30 days, which period begins at 12:00:00 AM EST on the 6th day of the month in which you are charged** (the "30 Day Period").  To request a store credit refund, please go to the "My Account" dashboard or contact our Customer Care department.  To request a refund of store credit beyond the expiration of the 30 Day Period, please contact claims@adoreme.com.  Store credits after the 30 Day Period may be

Invite Friends, Get $15

Mobile App                    My Account                    Wishlist                    Bag (0)

vi. Reward Points. As a VIP Member you will earn 200 Reward Points for every full-price purchase made through the Services.  Please note that purchases made with promotional vouchers, and/or with the use of a coupon or other discount (with the exception of your first VIP purchase which is discounted by Adore Me), as well as sale products and promotional items, are not eligible for Reward Points.  One thousand (1000) Reward Points are equal to a credit of $39.95, which will be automatically applied to your account at checkout once the 1000-point threshold is reached.

vii. Cancelling/Unsubscribing. We will do everything to make your VIP membership as satisfying as possible; however, you are free to cancel your membership or unsubscribe from our mailings any time by going to http://www.adoreme.com/helpdesk.  Please note, by cancelling your membership you forfeit your Reward Points.

viii. Adore Me reserves the right to terminate or freeze your VIP membership, without notice to you, at its sole discretion for conduct we believe violates our policies, is harmful to others, or is harmful to our interests.

Adore Me Referral Program.  Adore Me may offer rewards for shoppers referring new customers, including, but not limited to a store credit or credit towards future purchases ("Referral Program").  Adore Me may, at any time, terminate, alter or modify the Referral Program without any further obligations. We will provide notice(s) should we terminate, alter, or modify the Referral Program.

By joining and participating in the Referral Program, you represent that you agree to these terms and conditions.   To participate, invite your friends and family (your "Referrals") to use your Personal Invite Link (the "Personal Link") to join the VIP Membership program at adoreme.com (each, an "Invitation").  Only Referrals who have not previously been customers of adoreme.com (as determined by Adore Me in its sole discretion): (a) qualify to use the discount code provided in your Invitation; and/or (b) will receive an email Invitation if you select the email Invitation format provided. The Invitation will identify you (including your email address) as the user who referred such Referral to the VIP Membership program.  Your Referral will be required to provide his/her email address before being able to use the Personal Link sent from you.  In addition to email match, Adore Me reserves the right, and may employ other techniques, to confirm that your Referral has not previously been a customer of Adore Me.

If the invitation is made via a social media format, your social media post might remain on the social media platform indefinitely however the Referral Program may change or be terminated at any time in Adore Me's sole discretion.  Adore Me is not responsible for invitations being made more than once by its customers on Social Media.

Within one to three days after your qualifying Referral makes a purchase as a VIP Member, you will receive a $15 USD credit in your Adore Me account from which you shared the Referral (a "Referral Credit").  Referral Credits are redeemable for merchandise only, non-refundable, have no cash value and cannot be redeemed for cash, unless otherwise required by law.  Referral Credits are nontransferable.  Please note, only purchases made by your Referral as a VIP Member are eligible for the promotion; if your Referral makes a purchase as a PAYG customer, you will not receive a Referral Credit.  A current, valid email address must be on record for you in order for you to be eligible to receive a Referral Credit.  Referral Credits are nontransferable, and will be applied to your account only.

There is no limit to your ability to refer friends and family to Adore Me; however, you may only provide each email address and each Referral one time.  You may not use spam or send unsolicited emails to persons with whom you do not personally know or have direct, voluntary two-way communications.  You may not collect referrals by posting the invite other than as expressly permitted in these Terms and Conditions. In addition, you may not post your discount code on any of Adore Me's social media sites.

Adore Me may discontinue its referral program at any time, without notice, and shall not be liable for any outstanding

Terms and Conditions | AdoreMe

Invite Friends, Get $15

Mobile App                    My Account                    Wishlist                    Bag (0)

a.   <u>Generally</u>.  Adore Me may offer users the opportunity to purchase Gift Cards or may offer Gift Cards to our users as a part of a reward, incentive or other special program.  Any information shared as a result of online purchases of Gift Cards will be subject to the Privacy Policy.

b.   <u>Redemption</u>.  Gift Cards may only be redeemed for the purchase of an item available on our Services.  Redeeming a Gift Card for an item available on our Services shall entitle the user to any applicable rewards.  Gift Cards never expire.  Gift cards have no cash value and may not be redeemed for cash (except as otherwise required by law).  Please contact our Claims Department at claims@adoreme.com if you have any questions about the redemption or use of a Gift Card.

c.   <u>Expiration/Fees</u>.  Gift Cards never expire.  No fees for inactivity or service fees apply to any Gift Cards.  However, Adore Me reserves the right to refuse to honor any Gift Card in the event of a disputed credit card charge, bounced check or other failure of consideration.

d.   <u>Balance Inquiry</u>.  Information regarding the balance of your Gift Card is available by contacting Customer Care or by calling 1.800.433.2367.  The balance you receive when inquiring is an estimate only.  In most cases, the balance is adjusted immediately when you make a purchase, but there may be occasions when the balance adjustment is delayed.

e.   <u>No Refunds</u>.  No refunds are permitted with respect to the Gift Cards; all sales are final.

f.   <u>Risk of Loss; Lost, Damaged, or Stolen Gift Cards</u>.  The value of any lost, damaged or stolen Gift Cards will not be replaced.  With respect to mailed Gift Cards, ownership and risk of loss of Gift Cards passes to the recipient as soon as the Gift Card is delivered to the designated carrier.

g.   <u>Resale Prohibited</u>.  You may not sell a Gift Card or otherwise barter for its exchange.  However, you may transfer a Gift Card to another person for no monetary consideration (e.g., as a gift).

h.   <u>Maximum Value</u>.  You may not purchase any single Gift Card with a value of more than $200.  Moreover, you may not purchase multiple Gift Cards with a total value of more than $1,000 in any one day.

i.   <u>Limitation of Liability</u>.  ADORE ME MAKES NO WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO THE CARDS INCLUDING, WITHOUT LIMITATION, ANY EXPRESS OR IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.  IN THE EVENT THAT A CARD IS NON-FUNCTIONAL, YOUR SOLE REMEDY, AND ADORE ME'S SOLE LIABILITY, SHALL BE THE REPLACEMENT OF SUCH CARD.  CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OR CERTAIN DAMAGES.  IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO YOU.

j.   <u>Fraud/Violation of Terms</u>.  Adore Me reserves the right to refuse to honor, or to suspend or deactivate a Gift Card where Adore Me suspects that the Gift Card was obtained fraudulently, in violation of these Terms, or in violation of applicable laws or other applicable Adore Me terms and conditions.

<u>Emails and Notifications.</u>  We want your experience with the Adore Me Services to be as enjoyable as possible.  If you wish to change your email subscription preferences, including unsubscribe from emails or opt out of text messages, please visit the "Notification" section of "Your Account" on the Site, where you can adjust the frequency and type of communications you receive from us.  If you have any questions or require further assistance, please contact us by

11/4/2016                                   Terms and Conditions | AdoreMe

Invite Friends, Get $15

Mobile App                    My Account                    Wishlist                    Bag (0)

Shipping.  Adore me offers free shipping, free exchanges, and easy returns to and from addresses within the U.S.  Adore Me offers free shipping to Canadian and Australian customers for their first order as a VIP Member; all subsequent purchases as a VIP Member and all purchases made through the PAYG program and will be shipped to Canada at the flat rate of $5.95 and Australia at a flat rate of $6.95.  Customers bear sole responsibility for all required customs fees and import tariffs applied to Canadian and Australian orders.  Please refer to Adore Me's Shipping, Return, and Exchange Policies for detailed information. Australian customers should contacted our Australia Customer Care group at Australia@adoreme.com with any shipping or order-related questions.

All deliveries will be made through Adore Me's shipping partners, which may change from time to time at our discretion. The shipping method used will be at the discretion of Adore Me.

The risk of loss and title for items purchased by you pass to you upon Adore Me's delivery of the items to the carrier pursuant to the Adore Me's Shipping, Return and Exchange Policies.  If your package has not arrived by the designated time, please contact our Customer Care department for help tracking your package and if necessary, placing a replacement order.

Exchanges.  We will accept exchanges of new, unworn items within thirty (30) days of delivery.  As soon as you initiate an exchange on our Services we will send you a voucher for each item you wish to exchange to purchase any one item then available on our Services.  The originally purchased item(s) must be returned to our warehouse within thirty (30) days of delivery.  If we do not receive the originally purchased item(s) for which you have requested an exchange within thirty (30) days, you will be liable for the full cost of the exchange.  You are entitled to make up to three (3) exchanges of an original purchase, after which the item can no longer be exchanged or refunded.  Final sale items may be exchanged only for a different size of the same style while supplies lasts.  There is no exchange possible on any merchandise given away for free during a promotional operation. Please visit Adore Me's Shipping, Return and Exchange Policies for additional information about our return policy.

Returns for Store Credit.  We will accept returns of new, unworn items within 30 days of delivery for store credit.  Final sale items are not eligible for return.  There is no charge for items returned for store credit.  As soon as you initiate a return on our Services we will email you a voucher for each item you wish to return; each voucher can be used to purchase any one item then available on our Services.  The originally purchased item(s) must be returned to our warehouse within 30 days of delivery.  If we do not receive the originally purchased item(s) for which you have requested a store credit within thirty (30) days, you will be liable for the full cost of the item(s).  Please visit Adore Me's Shipping, Return and Exchange Policies for additional information about our return policy.

Returns for a Refunds.  We will accept returns of new, unworn items within thirty (30) days of delivery for a refund. Final sale items are not eligible for return.  All products returned for a refund are subject to a $5.95 restocking fee per set, to be deducted from the amount refunded to the original method of purchase.  As soon as you initiate a return on our Services we will send you a voucher for each item you wish to return; that voucher is available to be used to purchase any one item then available on our Services until your original purchase is received by our warehouse.  If you chose to use the voucher, you will not be refunded your purchase amount and you will not be charged a restocking fee.  Once your new, unworn items are received, provided you have not already used your voucher, your voucher will be deactivated and a refund, minus the $5.95 restocking fee per set, will be returned to your credit or debit card.  Please visit Adore Me's Shipping, Return and Exchange Policies for additional information about our return policy.

INTELLECTUAL PROPERTY
Ownership of Services.  The Site, Mobile, Site and App, are owned and operated by Adore Me. All right, title and interest in and to the materials provided on the Services, including but not limited to information, documents, logos, graphics,

Invite Friends, Get $15

Mobile App                My Account                Wishlist                Bag (0)

by estoppel, implication or otherwise. You must contact our Customer Care department if you have any questions about obtaining such licenses. Adore Me does not sell, license, lease or otherwise provide any of the Materials other than those specifically identified as being provided by Adore Me. Any rights not expressly granted herein are reserved by Adore Me.

Copyright.  All Site design, text, graphics, the selection and arrangement thereof, Copyright © 2010-2016, Adore Me, Inc. ALL RIGHTS RESERVED.

Trademark.  Adore Me, AdoreMe.com, the logo, all images and text, and all page headers, custom graphics and button icons are service marks, trademarks, and/or trade dress of Adore Me. All other trademarks, product names and company names or logos cited herein are the property of their respective owners.

License for Site.  Subject to your compliance with these Terms, Adore Me grants to you a limited, non-exclusive, non-transferable, revocable license to access and use the Services for your personal, non-commercial purposes.

License for App.  Subject to the terms of these Terms, Adore Me grants to you a limited, non-transferable, non-exclusive, revocable license to download, install and use one copy of the App in object code form only on an interactive wireless device that you own or control.

Feedback.  By sending us any feedback, ideas, suggestions, documents or proposals ("Feedback"), you grant to us an irrevocable, non-exclusive, royalty-free, perpetual, worldwide license to use, modify, prepare derivative works of, publish, distribute, sublicense and otherwise exploit the Feedback, and you waive all moral rights in the Feedback which may be available to you in any part of the world and confirm that no such rights have been asserted. You represent and warrant that the Feedback does not contain any confidential or proprietary information of any third party, and that Adore Me may use your Feedback without restriction or obligation to you or any third party.

Notice and Copyright.  Adore Me takes protection of Copyright very seriously.  If you believe any Adore Me Content infringes your copyright, you may request removal of those materials (or access thereto) by contacting Adore Me's copyright agent (identified below) and providing the following information: identification of the copyrighted work that you believe to be infringed, including a description of the work, and where possible a copy or the location (e.g., URL) of an authorized version of the work; identification of the material that you believe to be infringing and its location, including a description of the material and its URL or any other pertinent information that will allow us to locate the material; your name, address, telephone number and e-mail address; a statement that you have a good faith belief that the complained of use of the materials is not authorized by the copyright owner, its agent, or the law; a statement that the information that you have supplied is accurate, and indicating that "under penalty of perjury," you are the copyright owner or are authorized to act on the copyright owner's behalf; and a signature or the electronic equivalent from the copyright holder or authorized representative.

Adore Me's agent for copyright issues relating to the Services is as follows:
Copyright Agent, Adore Me, Inc., 205 W. 39th Street, 16th Floor, New York, New York, 10018

In an effort to protect the rights of copyright owners, Adore Me will, in appropriate circumstances, terminate the accounts of subscribers who are repeat infringers.

TERMINATION
Any violation of these Terms may result in suspension or termination of your access to the Services and/or removal of Your Content. Adore Me may also terminate your account if Adore Me determines that your conduct poses a risk or

11/4/2016                                    Terms and Conditions | AdoreMe

Invite Friends, Get $15

Mobile App                     My Account                     Wishlist                     Bag (0)

DISCLAIMER OF WARRANTIES/LIMITATION OF LIABILITY

<u>Limited Warranties</u>.  The limited warranties apply only to you and may not be assigned, sold or transferred to any third party. No other warranties are granted by Adore me in connection with the Services or Products. The limited warranties shall not apply to any matters arising from your violation of these Terms.  Your sole and exclusive remedy and Adore Me's sole and exclusive liability for a breach by Adore Me of the limited warranties shall be, at Adore Me's option, Adore Me's use of its commercially reasonable efforts to replace the non-conforming Product in a timely manner or a refund of your VIP Membership Fee, as applicable (excluding delivery charges if applicable).

<u>Disclaimer of Warranties</u>.  EXCEPT FOR THE LIMITED WARRANTIES SET OUT ABOVE, THE SERVICES AND PRODUCTS, INCLUDING ALL TRIAL PROGRAMS, ARE PROVIDED "AS IS" WITHOUT ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING WITHOUT LIMITATION THE WARRANTIES OF MERCHANTABILITY, QUALITY OR FITNESS FOR A PARTICULAR USE. SPECIFICALLY, BUT WITHOUT LIMITATION, ADORE ME DOES NOT WARRANT THAT: (I) THE SERVICES, INCLUDING THE ADORE ME CONTENT, ARE CORRECT, ACCURATE, RELIABLE OR COMPLETE; (II) THE SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE; (III) DEFECTS WILL BE CORRECTED, (IV) THE SERVICES OR THE SERVER(S) THAT MAKES THE SERVICES AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS, OR (V) THE PRODUCTS WILL BE FIT FOR YOUR INTENDED PURPOSE OR OTHERWISE ACCORD WITH YOUR EXPECTATIONS. **THIS DISCLAIMER DOES NOT APPLY TO NEW JERSEY RESIDENTS.  FURTHER, CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES.  IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE MAY NOT APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS.**

<u>Limitation of Liability</u> -- UNDER NO CIRCUMSTANCES SHALL ADORE ME BE LIABLE FOR ANY DAMAGES OF ANY KIND, INCLUDING WITHOUT LIMITATION INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY, MULTIPLE OR OTHER DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE USE OF, OR THE INABILITY TO USE, THE SERVICES AND/OR THE PRODUCTS, EVEN IF ADORE ME HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOUR SOLE AND EXCLUSIVE REMEDY HEREUNDER SHALL BE AS SET FORTH HEREIN OR TO DISCONTINUE YOUR USE OF THE SERVICES AND TERMINATE THESE TERMS**.** THIS DISCLAIMER APPLIES, WITHOUT LIMITATION, TO ANY DAMAGES OR INJURY ARISING FROM ANY FAILURE OF PERFORMANCE, ERROR, OMISSION, INTERRUPTION, DELETION, DEFECTS, DELAY IN OPERATION OR TRANSMISSION, COMPUTER VIRUSES, FILE CORRUPTION, COMMUNICATION-LINE FAILURE, NETWORK OR SYSTEM OUTAGE, YOUR LOSS OF PROFITS, ANY THEFT, DESTRUCTION, UNAUTHORIZED ACCESS TO, ALTERATION OF, LOSS OR USE OF, ANY RECORD OR DATA, AND ANY OTHER TANGIBLE OR INTANGIBLE LOSS.  **THE FOREGOING LIMITATION OF LIABILITY DOES NOT APPLY TO NEW JERSEY RESIDENTS.  FURTHER, CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE MAY NOT APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS.**

DISPUTE RESOLUTION/ARBITRATION/CLASS ACTION WAIVER

This Section includes an arbitration agreement and an agreement that in the event of any dispute between you and us, all claims will be brought either in arbitration or in small claims court and, in either case, only in an individual capacity (and not as a class action or other representative proceeding). **Please read it carefully.  It affects your rights.** <u>Informal process first.</u>  Both you and Adore Me agree that in the event of any dispute between you and us, you and Adore Me will first contact the other party and make a good faith sustained effort to resolve the dispute before resorting to more formal means of resolution.  Most customer concerns can be resolved quickly and to the customer's satisfaction by calling our Customer Care department at 1.800.433.2367.

Terms and Conditions | AdoreMe

Invite Friends, Get $15

Mobile App          My Account          Wishlist          Bag (0)

matters that may be taken to small claims court. Your rights will be determined by a neutral arbitrator, NOT a judge or jury. You agree that any dispute arising out of or relating to this Agreement, including with respect to the interpretation of any provision of this Agreement or concerning the performance or obligations of Adore Me or you, shall be resolved by mandatory and binding arbitration which shall be governed by the Commercial Dispute Resolution Procedures and the Supplementary Procedures for Consumer Related Disputes (collectively, the "AAA Rules") of the American Arbitration Association (the "AAA"), as modified by these Terms, and will be administered by the AAA. The AAA Rules are available online at www.adr.org or by calling the AAA at 1-800-778-7879.

Any dispute arising out of or relating to this Agreement, including with respect to the interpretation of any provision of this Agreement or concerning the performance or obligations of Adore Me or you, shall be governed by the Federal Arbitration Act and shall be resolved by mandatory and binding arbitration submitted to the AAA in accordance with the AAA Rules at the request of either Adore Me or you pursuant to the following conditions:

     a.    <u>Basis for Demand</u>. A party who intends to seek arbitration must first send, by U.S. certified mail, a written Notice of Dispute ("Notice") to the other party. A Notice to Adore Me should be addressed to: Notice of Dispute, General Counsel, Adore Me, Inc., 205 W 39th St, 16th floor, New York, NY, 10018 (the "Notice Address"). The Notice must (a) describe the nature and basis of the claim or dispute and (b) set forth the specific relief sought ("Demand").

     b.    <u>Service of Demand</u>. If Adore Me and you do not reach an agreement to resolve the claim within 30 days after the Notice is received, you or Adore Me may commence an arbitration proceeding pursuant to the AAA Rules.

     c.    <u>Place of Arbitration Hearing.</u> Unless you elect to conduct the arbitration by telephone or written submission, an in-person arbitration hearing will be conducted at an AAA facility in your area or at an AAA facility in New York City, at your election.

     d.    <u>Conduct of arbitration.</u> The arbitration shall be conducted by a single neutral arbitrator under AAA Consumer Rules. All issues are for the arbitrator to decide, except that issues relating to the scope and enforceability of the arbitration provision are for the court to decide. The arbitrator shall have no power or authority to amend or disregard any provision of this section or any other provision of these Terms of Service.

     e.    <u>Final and binding</u>. The arbitrator shall issue a reasoned written decision sufficient to explain the essential findings of fact and conclusions of law on which the award is based. The parties agree that any awards or findings of fact or conclusions of law made in an arbitration of their dispute or claim are made only for the purposes of that arbitration, and may not be used by any other person or entity in any later arbitration of any dispute or claim involving Adore Me. The parties agree that in any arbitration of a dispute or claim, neither party will rely for preclusive effect on any award or finding of fact or conclusion of law made in any other arbitration of any dispute or claim to which Adore Me was a party. During the arbitration, the amount of settlement offers, if any, made by Adore Me or you shall not be disclosed to the arbitrator.

     f.    <u>Costs and Fees</u>. To the extent permitted by AAA Rules, each party shall bear its own costs and expenses, with Adore Me remaining responsible for its share of costs, expenses and fees plus any costs, expenses and fees required of it under AAA Rules. Notwithstanding the foregoing, for any **non-frivolous** claim (as determined by the Arbitrator, if Adore Me does not agree the claim is non-frivolous), Adore Me will promptly reimburse you for your payment of any arbitration filing fee after Adore Me receives notice at the Notice Address that you have commenced arbitration. If you are unable to pay this fee, Adore Me will pay it directly after receiving a written request at the Notice Address. For all **non-frivolous claims**, Adore Me will pay for the entirety of the arbitrators' and administrative fees of arbitration and will pay for your legal fees up to a maximum of $5,000, regardless of the outcome of the Arbitration. For the sake of clarity,

Invite Friends  Get $15

Mobile Apps                    My Account                    Wishlist                    Bag (0)

necessary to provide relief warranted by that party's individual claim. The arbitrator shall not have the power to commit errors of law or legal reasoning, and the parties agree that any injunctive award may be vacated or corrected on appeal by either party to a court of competent jurisdiction for any such error. Each party will bear its own costs and fees on any such appeal.

> h.   Confidentiality. All aspects of the arbitration proceeding, and any ruling, decision or award by the arbitrator, will be strictly confidential, other than as part of an appeal to a court of competent jurisdiction.

> i.   Litigation. The Federal Arbitration Act and federal arbitration law apply to this Agreement. Either party also may, without waiving any remedy under this Agreement, seek from any court having jurisdiction any interim or provisional relief that is necessary to protect the rights or property of that party, pending the establishment of the arbitral tribunal (or pending the arbitral tribunal's determination of the merits of the controversy). We also both agree that you or we may bring suit in court to enjoin infringement or other misuse of intellectual property rights.

**Class Action Waiver.** The parties expressly waive any ability to maintain any class action in any forum. Any arbitration, claim or other proceedings by or between you and Adore Me shall be conducted on an individual basis and not in any class action, mass action, or on a consolidated or representative basis. You further agree that the arbitrator shall have no authority to award class-wide relief or to combine or aggregate similar claims or unrelated transactions. You acknowledge and agree that this agreement specifically prohibits you from commencing arbitration proceedings as a representative of others. If for any reason a claim proceeds in court rather than in arbitration, we each waive any right to a jury trial. Any claim that all or part of this Class Action Waiver is unenforceable, unconscionable, void, or voidable may be determined only by a court of competent jurisdiction and not by an arbitrator.

MISCELLANEOUS
Jurisdictional Issues. Adore Me makes no representation that the Services are appropriate or available for use outside the United States, Canada, and Australia. Those who choose to access the Services or any part thereof from outside one of these jurisdictions do so at their own risk and are responsible for compliance with applicable local laws. The Services may contain references or cross references to products or services that are not available or approved by the appropriate regulatory authorities in countries outside the United States. Such references do not imply that Adore Me intends to announce or make available such products or services to the general public, or in your country. Contact Adore Me at help@adoreme.com to determine which products and services may be available to you.

Export Laws. The laws of the United States of America prohibit the export of certain software and data and products to particular persons, territories, and foreign states. You agree not to export the Services, including the Adore Me Content, or any part thereof, in any way, in violation of United States law.

Governing Law & Venue. These Terms are governed and interpreted pursuant to the laws of the State of New York, notwithstanding any principles of conflicts of law. Any disputes in connection with these Terms that, notwithstanding the mandatory arbitration provision we have agreed to above, results in court action, except for claims that are to be handled by a small claims court, shall be resolved exclusively by a state or federal court located in New York County, New York, and you specifically consent to the personal jurisdiction of such courts and waive any objection to the convenience of this forum.

Typographical Errors. In the event a product is listed at an incorrect price or with incorrect information due to typographical error or error in pricing or product information received from our suppliers, Adore Me shall have the right to refuse or cancel any orders placed for a product listed at the incorrect price. Adore Me shall have the right to refuse or cancel any such orders whether or not the order has been confirmed and your credit card has been charged. If your

11/4/2016                                          Terms and Conditions | AdoreMe

Invite Friends, Get $15

Mobile App                          My Account                          Wishlist                          Bag (0)

herein and shall not be modified except by Adore Me in accordance with these Terms, or as otherwise agreed in writing by you and Adore Me. No employee, agent or other representative of Adore Me has any authority to bind Adore Me with respect to any statement, representation, warranty or other expression not specifically set forth in these Terms.

<u>Third Parties</u>.  This Site may contain links to websites controlled by parties other than Adore Me (each a "Third Party Site"). Adore Me may work with certain partners and affiliates whose sites are linked with Adore Me. Adore Me is not responsible for and does not endorse or accept any responsibility for the availability, contents, products, services or use of any Third Party Site, any web site accessed from a Third Party Site or any changes or updates to such sites. Adore Me makes no guarantees regarding the content or quality of the products or services provided by such sites. Adore Me is not responsible for webcasting or any other form of transmission received from any Third Party Site. Adore Me is providing these links to you only as a convenience, and the inclusion of any link does not imply endorsement by Adore Me of the Third Party Site. You acknowledge that you bear all risks associated with access to and use of content provided on a Third Party Site and agree that Adore Me is not responsible for any loss or damage of any sort you may incur from dealing with a third party. You should contact the site administrator for the applicable Third Party Site if you have any concerns regarding such links or the content located on any such Third Party Site.

<u>Severability & Waiver</u>. If any part of these terms is unlawful, void, or unenforceable, that part will be deemed severable and will not affect the validity and enforceability of the remaining provisions. The preceding sentence does not apply to New Jersey residents or transactions. The failure of a party to require performance of any provision will not affect such party's right to require performance at any time thereafter, nor shall a waiver of any breach or default of these Terms or any provision of these Terms constitute a waiver of any subsequent breach or default or a waiver of the provision itself.

<u>Force Majeure</u>.  Adore Me will not be liable for, or be considered to be in breach of these Terms on account of, any delay or failure to perform as required by these Terms as a result of any cause or condition beyond Adore Me's reasonable control.

<u>Final Form</u>.  Your edits or changes to either the online or offline versions of this Agreement or a membership offer will not be effective, regardless of form.

<u>Contact Information.</u>  Please send any questions or comments, or report violations of these Terms, to Adore Me at legal@adoreme.com or Adore Me, Inc., Attn: Legal, 205 West 39th Street, 16th Floor, New York, New York, 10018

## Adore Me

Our Story

How it works

Gift Cards

Invite Friends, Get $15

Find an Adore Me Store

Reviews

Press

Blog

## Customer Care

Frequently Asked Questions

Contact Us

Shipping, Exchanges & Returns

Invite Friends Get $15

Mobile App                     My Account                          Wishlist                     Bag (0)

Get Social

   

PRIVACY POLICY (**UPDATED**)     TERMS & CONDITIONS (**UPDATED**)

©2016 ADOREME.COM, ALL RIGHT RESERVED.

# EXHIBIT F



# Shopping Bag



**Angelica Push-Up**      **79.90**

Bra Size: 34D
Panty Size: Hipster M

QTY: 2   ⌄      Edit

This item does not give reward points.

---



**Matilda**      **149.85**

Set Size: L

QTY: 3   ⌄      Edit

This item does not give reward points.

---

Enter Promo Code or Gift Card    **Apply**

| | |
|---|---|
| Subtotal | $229.75 |
| 1+1=3 | -$39.95 |
| Shipping & Exchanges | $0.00 |
| **Order Total (USD)** | **$189.80** |

By purchasing, you agree with the Adore Me
**Terms & Conditions**

### Continue to Checkout

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 1 st day of December 2016.


                                         /s/  Andrew E. Paris
                                        Andrew E. Paris