1  ANDREW E. PARIS (SBN 162562)
   ALEXANDER AKERMAN (SBN 280308)
2  **ALSTON & BIRD LLP**
   333 South Hope Street
3  Sixteenth Floor
   Los Angeles, California 90071
4  Telephone:  (213) 576-1000
   Facsimile:   (213) 576-1100
5  E-mail:
   Drew.Paris@Alston.com
6  Alexander.Akerman@Alston.com

7  Attorneys for Defendant
   ADOREME, INC.

8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11

12

13  KATHY LIRA, an individual and on behalf        Case No.:  8:16-CV-1858-JVS-JG
    of all others similarly situated,
14                                                   Assigned to Honorable James V. Selna
                    Plaintiff,
15                                                   **JOINT NOTICE OF SETTLEMENT**
              v.
16
    ADORME, INC., a Delaware corporation;
17  and DOES 1-10, inclusive,                        Filing Date: October 11, 2016

18                  Defendant.

19

20

21

22

23

24

25

26

27

28

LEGAL02/36476181v1

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 40-2 Defendant AdoreMe, Inc. and Plaintiff Kathy Lira (the "Parties") by and through their attorneys, hereby notify the Court that they have settled this matter on an individual basis. Settlement papers will be finalized and complete before the Rule 26(f) Scheduling Conference set for February 13, at 10:30 a.m. at 411 West 4th Street, Santa Ana, CA 92701. The Parties believe settlement obviates the need for a Rule 26(f) Report.

DATED: February 6, 2017          Respectfully submitted,

                                 SCOTT J. FERRELL
                                 VICTORIA C. KNOWLES
                                 **PACIFIC TRIAL ATTORNEYS**


                                 /s/ Victoria C. Knowles
                                 _____
                                         Victoria C. Knowles
                                 Attorneys for Plaintiff
                                 **KATHY LIRA**


DATED: February 6, 2017          Respectfully submitted,

                                 ANDREW E. PARIS
                                 ALEXANDER AKERMAN
                                 **ALSTON & BIRD LLP**


                                 /s/ Andrew E. Paris
                                 _____
                                         Andrew E. Paris
                                 Attorneys for Defendant
                                 **ADOREME, INC.**